# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1118

_____

| | | |
|---|---|---|
| Ronald D. Chandler, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Unknown Howell, COI; Fred Lyles, | * | [UNPUBLISHED] |
| COII; Don Geising; Jane Does, 1, | * | |
| Training Officers; Jane Does, 2, | * | |
| Assignment Officers, Farmington | * | |
| Correctional Center; John Does, 2, | * | |
| Assignment Officers, Farmington | * | |
| Correctional Center; John Does, 1, | * | |
| Training Officers, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 7, 2001

Filed: October 1, 2001

_____

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Ronald D. Chandler appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action for failure to state a claim. After de novo review of the record, <u>see</u> <u>Springdale Educ. Ass'n v. Springdale Sch. Dist.</u>, 133 F.3d 649, 651 (8th Cir. 1998), we conclude that dismissal was proper for the reasons stated by the district court. <u>See</u> 8th Cir. R. 47B.

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).